IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OMEGA COLLECTIONS, LLC, | ) |
| | ) |
|     Plaintiff and Defendant in Counterclaim, | ) ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NO. 1:14-CV-01457-SCJ-ECS |
| TAMMY SIMS, | ) |
| | ) |
|     Defendant and Plaintiff in Counterclaim, | ) ) |
| | ) |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), LR 3.3 (N.D. Ga.), and the Court's Order entered May 19, 2014 [Doc. 4], OMEGA COLLECTIONS, LLC, n/k/a Omega Financial Services, LLC ("Omega"), the named Defendant in Counterclaim in the above-styled civil action, by and through its undersigned counsel, respectfully states as follows:

1.

The undersigned counsel of record for Omega certifies that the following is a full and complete list of all parties in this action, including any parent corporation

and any publicly held corporation that owns ten percent (10%) or more of the stock of a party:

> Omega Collections, LLC,
> named Plaintiff and Defendant in Counterclaim
>
> Omega Financial Services, LLC f/k/a Omega Collections, LLC
>
> Tammy Sims,
> named Defendant and Plaintiff in Counterclaim

Omega Collections, LLC n/k/a Omega Financial Services, LLC is a Georgia limited liability company. [Doc. 3 at 1-2]. Omega does not have a parent corporation, nor does any publicly held corporation own 10% or more of Omega stock. FED. R. CIV. P. 7.1(a).

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

> Crown Management Corporation
>
> Crown Realty & Management Corporation

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

>William R. Carlisle, Esq.
>Carlisle Law Firm
>5704 Mountain Oak Drive
>Braselton, Georgia 30157
>>**Counsel for Plaintiff in Counterclaim Tammy Sims**
>
>Monica K. Gilroy, Esq.
>Tania T. Trumble, Esq.
>Dickenson Gilroy LLC
>3780 Mansell Road, Suite 140
>Alpharetta, Georgia 30022
>>**Counsel for Defendant in Counterclaim**
>>**Omega Collections, LLC n/k/a Omega Financial**
>>**Services, LLC**

Respectfully submitted this 28th day of May, 2014.

>DICKENSON GILROY LLC
>
>/s/ Monica K. Gilroy
>MONICA K. GILROY
>Georgia Bar No. 420527
>TANIA T. TRUMBLE
>Georgia Bar No. 720348
>**Attorneys for Defendant in Counterclaim**
>**Omega Collections, LLC**
>**n/k/a Omega Financial Services, LLC**

Corporate Office
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel: (678) 280-1922
Fax: (678) 280-1923
Email: <u>Monica.Gilroy@dickensongilroy.com</u>
<u>Tania.Trumble@dickensongilroy.com</u>

**FONT CERTIFICATION**

The undersigned counsel for named defendant in counterclaim Omega Collections, LLC n/k/a Omega Financial Services, LLC hereby certifies that the within and foregoing Certificate of Interested Persons and Corporate Disclosure Statement was prepared using Book Antiqua 13-point font in accordance with LR 5.1C (N.D. Ga.).

This 28th day of May, 2014.

/s/ Monica K. Gilroy
MONICA K. GILROY
Georgia Bar No. 427520
**Attorney for Defendant in Counterclaim**
**Omega Collections, LLC**
**n/k/a Omega Financial Services, LLC**

DICKENSON GILROY LLC
Corporate Office
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel: (678) 280-1922
Fax: (678) 280-1923
Email: Monica.Gilroy@dickensongilroy.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| OMEGA COLLECTIONS, LLC, | ) | |
|---|---|---|
| | ) | |
| Plaintiff and Defendant in Counterclaim, | ) ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:14-CV-01457-SCJ-ECS |
| TAMMY SIMS, | ) | |
| | ) | |
| Defendant and Plaintiff in Counterclaim, | ) ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with LR 5.1A (N.D. Ga.), I have this date electronically filed the within and foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** in the above-captioned civil action with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record as follows:

> William R. Carlisle, Esq.
> CARLISLE LAW FIRM
> 5704 Mountain Oak Drive
> Braselton, Georgia 30517
> *Counsel for Defendant and Plaintiff in Counterclaim*

6

This 28th day of May, 2014.

/s/ Monica K. Gilroy
MONICA K. GILROY
Georgia Bar No. 427520
**Attorney for Defendant in Counterclaim**
**Omega Collections, LLC**
**n/k/a Omega Financial Services, LLC**

DICKENSON GILROY LLC
Corporate Office
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel: (678) 280-1922
Fax: (678) 280-1923
Email: Monica.Gilroy@dickensongilroy.com